| Final Cost Bill # | | United States Bankruptcy Court | |
|---|---|---|---|
| 9158 | | Eastern District of Missouri | |
| **In Re: Debtor** | | **Case** | |
| **Ronald J. Ruhr, Sr.** | | **11-52156** | |
| **To:** | | **Chapter** | |
| **Fredrich J. Cruse** | | **7** | |

*Bill For Collection*

| Service | Quantity | Price | Amount | Services Provided In Asset Cases | | Code |
|---|---|---|---|---|---|---|
| | | | | | | |
| **Grand Total** | | | *$0.00* | **Dana McWay, Clerk Of Court** | | |
| **Date** | | | | **By Deputy Clerk** | | |
| **December 20 , 2012** | | | | *Mary Kay Schniedermeier* | | |
| **PAYABLE ON RECEIPT** | | | | | | |

PAGE   1